IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00088-PSF-BNB

NANCY MARESH,

    Plaintiff,

v.

IRVIN BORENSTEIN,

    Defendant.

_____

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL
_____

    Defendant's Motion for Substitution of Counsel (Dkt. # 11) is GRANTED. It is therefore

    ORDERED that Walter N. Houghtaling and Jared C. Lockwood of the law firm of McConnell Siderius Fleischer Houghtaling & Craigmile, LLC are new counsel of record for defendant. It is

    FURTHER ORDERED that Frank W. Suyat is hereby deemed withdrawn as counsel.

    DATED: March 2, 2007.

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge