IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00088-PSF-BNB

NANCY MARESH,

    Plaintiff,

v.

IRVIN BORENSTEIN,

    Defendant.

## ORDER

Currently pending before the Court is Defendant's Motion to Dismiss (Dkt. # 14), filed on March 6, 2007. In her response (Dkt. # 15), plaintiff asserts that defendant improperly relied on documents other than the complaint in arguing his motion to dismiss, that defendant's motion should therefore be converted into a motion for summary judgment, and that plaintiff should be granted additional time under F.R.Civ.P. 56(f) to conduct discovery.

Pursuant to a scheduling order issued by the Magistrate Judge on April 2, 2007 (Dkt. # 17), the discovery cut-off date in this case was August 2, 2007. Thus, it appears that plaintiff now has the benefit of full discovery, and her motion under F.R.Civ.P. 56(f) is moot. In light of the current state of the case, and without commenting on the validity of either party's arguments, the Court will allow plaintiff an opportunity to file a supplemental brief in opposition to defendant's motion to dismiss

no later than **Friday, August 31, 2007**. Defendant's supplemental reply brief, if any, is due no later than **Friday, September 14, 2007**.

DATED:  August 10, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge