IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00088-PSF-BNB

NANCY MARESH,

Plaintiff,

v.

IRVIN BORENSTEIN,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED that **Defendant's Motion to Amend Scheduling Order** [Doc. # 35, filed 8/31/2007] is GRANTED, and the case schedule is modified as follows:

    **Discovery Cut-Off:**    **October 1, 2007**

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    The plaintiff shall appear for her deposition in Denver, Colorado, on September 17, 2007, at a place to be agreed to by the parties.

    Defendant shall appear for his deposition in Denver, Colorado, on September 18, 2007, at the offices of McConnell Siderius Fleishner Houghtaling & Craigmile, LLC.

    **Dispositive Motions Deadline:**    **November 1, 2007**

    **Final Pretrial Conference:**    The final pretrial conference set for November 2, 2007, at 9:00 a.m., is VACATED and reset to **January 7, 2008, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The

proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **December 31, 2007**.

DATED:  September 5, 2007