IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00088-PSF-BNB

NANCY MARESH,

Plaintiff,

v.

IRVIN BORENSTEIN,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Plaintiff's Motion for Leave to Amend** [Doc. # 42, filed 9/11/2007] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to accept for filing **Plaintiff's First Amended Complaint and Jury Demand**. The defendant shall respond to the amended complaint on or before **October 24, 2007**.

IT IS FURTHER ORDERED that a settlement conference will be held on **October 18, 2007, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. Pro se parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a

confidential settlement statement to the magistrate judge on or before **October 15, 2007**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated October 10, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge