IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 07-cv-00088-PSF-BNB

NANCY MARESH,

    Plaintiff,

v.

IRVIN BORENSTEIN,

    Defendant.

## ORDER ON DEFENDANT'S MOTION TO DISMISS

Currently pending before the Court is Defendant's motion to dismiss plaintiff's complaint (Dkt. # 14), filed on March 6, 2007. On October 10, 2007, the Magistrate Judge issued an order (Dkt. # 47) granting plaintiff's motion for leave to amend and accepting for filing plaintiff's First Amended Complaint and Jury Demand, which supersedes her original complaint. Defendant filed an answer to the amended complaint on October 22, 2007 (Dkt. # 55). In light of these filings, defendant's motion to dismiss, which is based on the allegations in plaintiff's original complaint, is DENIED AS MOOT.

    DATED: October 24, 2007

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*
                                    _____
                                    Phillip S. Figa
                                    United States District Judge