IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00088-WYD-BNB

NANCY MARESH,

    Plaintiff,

v.

IRVIN BORENSTEIN,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    On January 8, 2008, this action was transferred to me. Accordingly, both the Plaintiff's Motion for Summary Judgment (docket #61), filed November 15, 2007 and the Defendant's Motion for Summary Judgement (docket #62), filed November 16, 2007, are **DENIED WITHOUT PREJUDICE.** The parties may refile these motions in full compliance with my practice standards if they so choose.

    Dated: January 9, 2008