IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-00088-WYD-BNB

NANCY MARESH,

Plaintiff,

v.

IRVIN BORENSTEIN,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with that portion of the Final Pretrial Order [Doc. # 69, filed 1/7/2008] requiring the parties to submit revised exhibit lists. Final Pretrial Order at Part 7. The plaintiff failed to submit any revised list and the defendant's revised list failed to include Bates numbers on one exhibit. I discussed these issues with counsel during a status conference this morning. Consistent with that discussion:

IT IS ORDERED that the parties shall submit revised exhibit lists, on or before **February 22, 2008**, that comply with the practice standards of the district judge, which require:

> Plaintiff's Exhibits shall be numbered (1, 2, 3, etc.) and Defendant's Exhibits shall be lettered (A, B, C, etc.). If there are more than 26 exhibits for the Defendant, mark them as A1 through A99, B1 through B99, etc., or group the exhibits together using A1 through A4, B1 through B14, etc., as the evidence warrants. Do not use double or triple letters under any circumstances. There shall be no duplicate exhibits (i.e., exhibits listed on both Plaintiff's and Defendant's exhibit lists). Counsel shall stipulate to the admissibility of exhibits to the maximum extent possible and indicate all stipulated exhibits on the list submitted at the Trial Preparation Conference.

Hearing, Conference & Trial Procedures (Civil and Criminal Cases) for Judge Wiley Y. Daniel at XI.2(b)(ii). In addition, each page of each exhibit must be Bates numbered, and those Bates numbers shall be designated on the exhibit list.

Dated February 20, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge